IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALE ALLEN HAMER, TDCJ #2032098, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-1174 |
| DIANE JACKSON, et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 13th day of May, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE